

ENTERED ON DOCKET

4/14/11

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| DENA M. CHAPMAN ) | CASE NO. 11-20163-REB |
| a/k/a DENA MARIE CHAPMAN ) | |
| a/k/a DENA M. SMITH ) | |
| a/k/a DENA MARIE SMITH, ) | |
| ) | |
| Debtor(s). ) | |
| ) | |
| U.S. BANK, N.A. ITS ASSIGNS ) | CONTESTED MATTER |
| AND/OR SUCCESSORS IN ) | |
| INTEREST, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| DENA M. CHAPMAN ) | |
| a/k/a DENA MARIE CHAPMAN ) | |
| a/k/a DENA M. SMITH ) | |
| a/k/a DENA MARIE SMITH, and ) | |
| BETTY A. NAPPIER, as ) | |
| Trustee, ) | |
| ) | |
| Respondents. ) | |

## ORDER

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 4323 Hwy 51 S, Lula, GA 30554, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 4/13/2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is

modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto. It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the 13T day of April, 2011.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Dena M. Chapman
a/k/a Dena Marie Chapman
a/k/a Dena M. Smith
a/k/a Dena Marie Smith
354 Mallard Pond Cir
Alto, Georgia 30510-3037

Troy R. Millikan, Esquire
P.O. Box 679
Gainesville, GA 30503

Betty A. Nappier, Esq.
P.O. Box 1649
Cumming, GA 30028-1649

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA   30342